BENJAMIN B. WAGNER
United States Attorney
BRIAN W. ENOS
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:11-CR-00048 AWI |
| Plaintiff, ) | **FINAL ORDER OF FORFEITURE** |
| v. ) | |
| RICHARD MOTT, ) | |
| Defendant. ) | |

WHEREAS, on June 22, 2011, the Court entered a Preliminary Order of Forfeiture, pursuant to the provisions of 18 U.S.C. § 2253, based upon the plea agreement entered into between plaintiff and defendant Richard Mott forfeiting to the United States the following property:

    a.   Dell Laptop Computer seized from defendant by law enforcement on or about January 7, 2011;

    b.   Western Digital External Hard Drive, seized from defendant by law enforcement on or about January 7, 2011; and

    c.   Compact discs or other storage devices containing visual depictions of minors engaged in sexually explicit conduct and seized from defendant by law enforcement on or about January 7, 2011.

1    AND WHEREAS, beginning on July 24, 2011, for at least 30
2 consecutive days, the United States published notice of the
3 Court's Order of Forfeiture on the official internet government
4 forfeiture site www.forfeiture.gov.  Said published notice
5 advised all third parties of their right to petition the Court
6 within sixty (60) days from the first day of publication of the
7 notice for a hearing to adjudicate the validity of their alleged
8 legal interest in the forfeited property;

9    AND WHEREAS, the Court has been advised that no third party
10 has filed a claim to the subject property, and the time for any
11 person or entity to file a claim has expired.

12    Accordingly, it is hereby ORDERED and ADJUDGED:

13    1.   A Final Order of Forfeiture shall be entered forfeiting
14 to the United States of America all right, title, and interest in
15 the below-listed property pursuant to 18 U.S.C. § 2253, to be
16 disposed of according to law, including all right, title, and
17 interest of Richard Mott:

18         a.   Dell Laptop Computer seized from defendant by law
                enforcement on or about January 7, 2011;
19
           b.   Western Digital External Hard Drive, seized from
20              defendant by law enforcement on or about January
                7, 2011; and
21
           c.   Compact discs or other storage devices containing
22              visual depictions of minors engaged in sexually
                explicit conduct and seized from defendant by law
23              enforcement on or about  January 7, 2011.

24    2.   All right, title, and interest in the above-listed
25 property shall vest solely in the name of the United States of
26 America.
27 ///
28 ///

3.   The Department of Homeland Security, Customs and Border Protection shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated:   September 29, 2011
CHIEF UNITED STATES DISTRICT JUDGE