1  ERIC GRANT
   United States Attorney
2  LUKE BATY
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8
                  IN THE UNITED STATES DISTRICT COURT
9
                     EASTERN DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA,        | CASE NO. 1:11-CR-00048-JLT
12 |             Plaintiff,           | STIPULATION AND [PROPOSED] ORDER TO
                                      | CONTINUE STATUS CONFERENCE
13 |      v.                          |
                                      | DATE: November 14, 2025
14 | RICHARD MOTT,                    | TIME: 2:30 PM
                                      | COURT: Hon. Christopher D. Baler
15 |             Defendant.           |

16

17              **JOINT STIPULATION TO CONTINUE PRELIMINARY HEARING**

18      Plaintiff United States of America, by and through its counsel of record, and defendant, by and

19 through defendant's counsel of record, hereby stipulate as follows:

20      1.      By previous order, this supervised release petition was set for a preliminary hearing on

21 November 14, 2025 in front of the Honorable Christopher D. Baker.

22      2.      On November 12, 2025, Defense Counsel Yan Shrayberman file a Notice of Appearance,

23 replacing previously appointed Defense Counsel Laura Meyers. ECF#34.

24      3.      At this time, Defense Counsel has not had an opportunity to meet and confer with the

25 Defendant regarding proceeding forward to a preliminary hearing or potential resolutions to the case

26 through admissions or denials.

27      4.      Defense Counsel is also in the process of receiving discovery from previously appointed

28 counsel and the Government.

                                                    1

5. As a result, Defense Counsel and the Government jointly request that the preliminary hearing currently set for November 14, 2025 be continued to December 1, 2025 in order to allow time for Defense Counsel to review discovery, confer with the Defendant, and discuss potential resolutions with the Government and Probation.

6. Accordingly, Defense Counsel and the Government jointly stipulate that the preliminary hearing currently set for November 14, 2025 be continued to December 1, 2025 in order to allow time for Defense Counsel preparations and negotiations.

7. Because this case involves a pending supervised release petition, no exclusion of time is necessary.

IT IS SO STIPULATED.

///

///

Dated: November 13, 2025

ERIC GRANT
United States Attorney

/s/ LUKE BATY
LUKE BATY
Assistant United States Attorney

Dated: November 13, 2025

/s/ YAN SHRAYBERMAN
YAN SHRAYBERMAN
Counsel for Defendant
RICHARD MOTT

## [PROPOSED] ORDER

Based upon the stipulation and representations of the parties, the Court orders the preliminary hearing be continued until December 1, 2025, at 2:30 PM.

IT IS SO ORDERED.

Dated:   **November 13, 2025**

UNITED STATES MAGISTRATE JUDGE