CROWN LAW FIRM
Yan E. Shrayberman (State Bar #253971)
5151 North Palm Ave, Ste 100
Fresno, California 93704
Telephone:   (559) 779-2315
Facsimile:   (559) 442-1567

Attorney for Defendant
Richard Mott

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

***

| | |
|---|---|
| UNITED STATES OF AMERICA, | Court Case#:  1:11-cr-0048 |
| Plaintiff, | **MOTION TO TERMINATE CJA APPOINTMENT OF YAN E. SHRAYBERMAN AS ATTORNEY OF RECORD AND ORDER** |
| v. | |
| Richard Mott | |
| Defendant. | |

On November 5, 2025, Defendant Richard Mott appeared on the initial violation of supervised release. CJA Panel Attorney Yan E. Shrayberman was appointed as trial counsel to represent Richard Mott on November 17, 2025 on the violation of supervised release. Mr. Mott was sentenced on February 26, 2026. At the direction of the defendant, the undersigned counsel filed an appeal on February 26, 2026. Mr. Mott was in custody at sentencing. The trial phase of Mr. Mott 's criminal case has, therefore, come to an end. Having completed his representation of Mr. Mott, CJA attorney Yan E. Shrayberman now moves to terminate his appointment under the Criminal Justice Act.

Should Mr. Mott require further legal assistance he has been advised to contact the Office of the Federal Defender for the Eastern District of California by

CROWN LAW FIRM
5151 North Palm, Ste 100
Fresno, CALIFORNIA 93709
Telephone: (559) 779-2315
Facsimile: (559) 4421567

CROWN LAW FIRM
5151 North Palm, Ste 100
Fresno, CALIFORNIA 93709
Telephone: (559) 779-2315
Facsimile: (559) 4421567

mail at 2300 Tulare Street, Suite 330, Fresno, CA 93721, or by phone at (559) 487-5561 (collect) or (855) 656-4360 (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist him.

Dated: February 26, 2026

CROWN LAW FIRM
/s/ Yan E. Shrayberman
YAN E. SHRAYBERMAN
Attorney for Defendant
Richard Mott

ORDER

Having reviewed the notice and found that attorney Yan E. Shrayberman has completed the services for which he was appointed, the Court hereby grants attorney Yan E. Shrayberman's request for leave to withdraw as defense counsel in this matter. Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721. The phone number for the office is (559) 487-5561 (collect) or (855) 656-4360 (toll-free). If appropriate, the office will arrange for the reappointment of counsel to assist Defendant.

The Clerk of Court is directed to serve a copy of this order on Defendant Richard Mott 's status and contact information.

IT IS SO ORDERED.

Dated:    **February 28, 2026**

_____
UNITED STATES DISTRICT JUDGE