UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff-Appellee,<br><br>    vs.<br><br>RICHARD MOTT,<br><br>    Defendant-Appellant. | Case No.: 1:11-CR-00048-JLT<br><br>**ORDER GRANTING APPLICATION OF COURT-APPOINTED APPELLATE COUNSEL FOR ACCESS TO SEALED DOCKET ENTRY 41** |

Upon application of court-appointed appellate counsel for Defendant-Appellant Richard Mott, and good cause appearing, IT IS HEREBY ORDERED that counsel is granted access to sealed Docket Entry 41 for purposes of representing Mr. Mott in his pending appeal before the United States Court of Appeals for the Ninth Circuit.

Access shall be limited to court-appointed appellate counsel and counsel's staff as necessary for the representation. Docket Entry 41 shall remain subject to all existing sealing restrictions and shall not be publicly disclosed absent further order of the Court.

IT IS SO ORDERED.

Dated:    **May 15, 2026**

_____
UNITED STATES DISTRICT JUDGE

ORDER GRANTING APPLICATION FOR ACCESS TO SEALED DOCKET ENTRY 41